IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC 11 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DAVID HUSKEY,<br><br>Defendant. | CR 15-34-BLG-SPW<br><br>ORDER |

This matter came on for hearing on Defendant, John David Huskey's Motion for Early Termination of Probation (Doc. 42).

For the reasons stated by the Court on the record;

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant is released from probation effective immediately.

DATED this 11th day of December, 2019.

SUSAN P. WATTERS
United States District Judge

1